IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANDREW W. THOMAS,

        Appellant,

                                        Case No.  5D22-557

v.                                  LT Case No. 2007-CF-050816-B

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed July 19, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Andrew W. Thomas, Monticello, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and TRAVER, JJ., concur.